UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY AYDELL                                          CIVIL ACTION

VERSUS

17-1181-SDD-EWD

NANCY A. BERRYHILL

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 6, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security is hereby AFFIRMED, and this action is hereby DISMISSED with prejudice.

Baton Rouge, Louisiana the 28th day of March, 2019.

_____
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 13.